RECEIVED

DEC - 5 2011

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ARNOLD CURTIS | CIVIL ACTION NO. 11-1385-P |
| VERSUS | JUDGE STAGG |
| STATE OF LOUISIANA, ET AL. | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 5th day of December 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE